# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GILBERT MARTINEZ,
: No. 60 MM 2022
:
Petitioner
:
:
:
:
v.
:
:
:
DEPARTMENT OF HUMAN SERVICES,
:
HON. CHRISTINE F. CANNON IN HER
:
OFFICIAL CAPACITY,
:
:
Respondents
:

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of August, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and Declaratory Judgment" and the Application for Relief are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.